Lona Hodgett, appellee, v. Fremont Bates, appellant. Gen. No. 9,186.

in this court at the May term, 1937. Opinion filed June 30, 1937.

James H. Andrews, Gregg A. Young and Harper Andrews, for appellant. Thomas J. Welch and Vera M. Binks, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

J. L. Jones et al., appellants, v. Belle N. Horrom et al., appellees. Gen. No. 9,204.

court at the May term, 1937. Opinion filed June 30, 1937.

Walter C. Overbeck, for appellants. Miller, Elliott & Westervelt, for certain appellees; John D. Thomason, of counsel. George W. Hunt, T. C. Waterous and Charles P. Green, for certain other appellees.

Mr. Justice Wolfe delivered the opinion of the court.

Federal Land Bank of St. Louis, appellee v. Myrtle Love et al., appellants. Gen. No. 9,220.

Heard in this court at the May term, 1937. Opinion filed June 30, 1937.

W. H. Dyer and Eben B. Gower, for appellants. No appearance for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Harry Reams, appellee, v. Fredman Brothers Furniture Corporation, appellant. Gen. No. 9,227.

Heard in this court at the May term, 1937. Opinion filed June 30, 1937. Rehearing denied October 7, 1937.

Todd, Morgan, Pendarvis & Arber, for appellant. Henry E. Pratt and Roy P. Hull, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.